IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SPATAFORE and ELIZABETH SPATAFORE,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.<br><br>    Defendants.<br>_____/ | No. C 12-01730 SI<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR COURT-CONNECTED MEDIATION AND VACATING AUGUST 3, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

On June 19, 2012, the Court referred this case to the ADR Unit for a Telephonic Assessment Call. Following that call and assessment, the Court finds that mediation may be useful to resolve this case. Therefore, pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the parties are referred to the court-connected mediation program. The mediation shall take place by August 31, 2012. The August 3, 2012 hearing date on defendants' motion to dismiss is VACATED. If mediation is unsuccessful, the Court will reset a hearing on defendants' motion.

**IT IS SO ORDERED.**

Dated: July 17, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE