IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES SPATAFORE and ELIZABETH SPATAFORE,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.

    Defendants.

No. C 12-01730 SI

**ORDER WITHDRAWING MEDIATION REFERRAL AND SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Following the ADR Unit's attempts at informal resolution of this case, and based on the ADR Unit's recommendation – and the parties' concurrence with that recommendation – the Court hereby WITHDRAWS its referral for formal mediation. Defendants' pending motion to dismiss is reset for hearing on **September 14, 2012.**

**IT IS SO ORDERED.**

Dated: August 15, 2012

SUSAN ILLSTON
United States District Judge