**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SPATAFORE and ELIZABETH SPATAFORE,<br><br>          Plaintiffs,<br><br>   v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.<br><br>          Defendants.<br>                                                                / | No. C 12-01730 SI<br><br>**ORDER WITHDRAWING MEDIATION REFERRAL AND SETTING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

   Following the ADR Unit's attempts at informal resolution of this case, and based on the ADR Unit's recommendation – and the parties' concurrence with that recommendation – the Court hereby WITHDRAWS its referral for formal mediation.  Defendants' pending motion to dismiss is reset for hearing on **September 14, 2012.**

   **IT IS SO ORDERED.**

Dated: August 15, 2012

SUSAN ILLSTON
United States District Judge