IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SPATAFORE and ELIZABETH SPATAFORE, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. <br><br> Defendants. | No. C 12-01730 SI <br><br> **ORDER TO FILE BRIEF** |

Defendants' motion to dismiss is currently set for hearing on September 14, 2012. Plaintiffs have not filed a response or opposition to the motion to dismiss. The Court ORDERS plaintiffs to file an opposition or other response to defendants' motion to dismiss on or before **September 14, 2012.** If plaintiffs do not file an opposition or other response by that date, the Court will dismiss this case for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

If plaintiffs file their opposition or response on or before September 14, 2012, defendants may file a reply on or before September 21, 2012. The hearing on this matter is reset for **September 28, 2012.**

**IT IS SO ORDERED.**

Dated: September 7, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE