IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES SPATAFORE and ELIZABETH SPATAFORE,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.

    Defendants.

No. C 12-01730 SI

**ORDER DISMISSING CASE**

On September 7, 2012, the Court issued an Order requiring plaintiffs to file an opposition or other response to defendants' motion to dismiss on or before September 14, 2012. The Court cautioned plaintiffs that if they failed to file a brief or other response to the pending motion to dismiss on or before that date, the Court would dismiss the case for failure to prosecute. As of this date, plaintiffs have not filed the required opposition or other response to the motion to dismiss. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: September 21, 2012

SUSAN ILLSTON
United States District Judge