IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES SPATAFORE and ELIZABETH SPATAFORE,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.

    Defendants.

No. C 12-01730 SI

**JUDGMENT**

The Court having dismissed this action without prejudice for failure to prosecute, judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: September 21, 2012

SUSAN ILLSTON
United States District Judge